**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:                                                                                   Case No.
                                                                                         Chapter 13
KEITH W. ATCHISON


_____Debtor_____/

# DECLARATION REGARDING PAYMENT ADVICES

**Debtor**:

   x      Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

   ____   Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

   ____   Copies of all payment advices **are not** attached because the debtor:
          ___ receives disability payments
          ___ is unemployed and does not receive unemployment compensation
          ___ receives Social Security payments
          ___ receives a pension
          ___ does not work outside the home
          ___ is self employed and does not receive payment advices

   ____   None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
          Explain:_____

**Joint Debtor (if applicable):**

   ____   Copies of payment advices, pay stubs or other evidence of payment received by the joint debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you didn't work the full 60 days. _____)

   ____   Copies of payment advices **are not** attached because the joint debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.


LF-10  (rev. 12/01/09)                    Page 1 of 2

_____ Copies of payment advices **are not** attached because the joint debtor:
      ____receives disability payments
      ____is unemployed and does not receive unemployment compensation
      ____receives Social Security payments
      ____receives a pension
      ____does not work outside the home
      ____is self employed and does not receive payment advices

_____ None of the statements above apply, however, the joint debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain: _____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.  See Local Rule 5005-1(A)(2).*

/s/ MARCY ABITZ, ESQ.
Signature of Attorney or Debtor

Date: 4/12/16

_____
Signature of Joint Debtor, if applicable

Date:_____

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

Keith Atchison
3627 Amelia Island Lane
Davie FL 33328

| | |
|---|---|
| Check No. | 102419 |
| Check Date | 01/15/2016 |
| Pay Period | 12/28 to 01/10/16 |
| Employee No. | 404 |

### Pay Stub Summary

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | **3,817.25** |
| Y-T-D | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | 3,817.25 |

### Net Pay Distribution

Direct Deposit
Checking                                    3,817.25
**Total Current Net Pay**                   3,817.25
The net amount is 100% direct deposit.

### Earnings

| | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 5,769.23 |
| **Total Earnings** | | 5,769.23 | 5,769.23 |

### Deductions

| | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 56.51 | |
| MEDICAL | 472.95 | 472.95 | |
| VISION | 10.39 | 10.39 | |
| **Total Pretax** | 539.85 | 539.85 | |
| *After Tax:* | | | |
| STD | 57.98 | 57.98 | |
| **Total After Tax** | 57.98 | 57.98 | |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
| Federal Income Tax | 954.10 | 954.10 |
| Social Security | 324.22 | 324.22 |
| Medicare | 75.83 | 75.83 |
| **Total Employee Taxes** | 1,354.15 | 1,354.15 |
| **Total Current Net Pay** | 3,817.25 | 3,817.25 |

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

| | | |
|---|---|---|
| Keith Atchison<br>3627 Amelia Island Lane<br>Davie FL 33328 | Check No.<br>Check Date<br>Pay Period<br>Employee No. | 102835<br>01/29/2016<br>01/11 to 01/24/16<br>404 |

### Pay Stub Summary

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.14 | 57.98 | **3,817.26** |
| Y-T-D | 11,538.46 | 1,079.70 | 10,458.76 | 2,708.29 | 115.96 | 7,634.51 |

### Net Pay Distribution

| | |
|---|---|
| Direct Deposit | |
| Checking | 3,817.26 |
| **Total Current Net Pay** | 3,817.26 |
| The net amount is 100% direct deposit. | |

### Earnings

| | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 11,538.46 |
| **Total Earnings** | | 5,769.23 | 11,538.46 |

### Deductions

| | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 113.02 | |
| MEDICAL | 472.95 | 945.90 | |
| VISION | 10.39 | 20.78 | |
| **Total Pretax** | 539.85 | 1,079.70 | |
| *After Tax:* | | | |
| STD | 57.98 | 115.96 | |
| **Total After Tax** | 57.98 | 115.96 | |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
| Federal Income Tax | 954.10 | 1,908.20 |
| Social Security | 324.22 | 648.44 |
| Medicare | 75.82 | 151.65 |
| **Total Employee Taxes** | 1,354.14 | 2,708.29 |
| **Total Current Net Pay** | 3,817.26 | 7,634.51 |

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

Keith Atchison
3627 Amelia Island Lane
Davie FL 33328

| | |
|---|---|
| Check No. | 103195 |
| Check Date | 02/12/2016 |
| Pay Period | 01/25 to 02/07/16 |
| Employee No. | 404 |

### Pay Stub Summary

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | **3,817.25** |
| Y-T-D | 17,307.69 | 1,619.55 | 15,688.14 | 4,062.44 | 173.94 | 11,451.76 |

### Net Pay Distribution

Direct Deposit
Checking                  3,817.25
**Total Current Net Pay** 3,817.25
The net amount is 100% direct deposit.

### Earnings

| | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 17,307.69 |
| **Total Earnings** | | 5,769.23 | 17,307.69 |

### Deductions

| | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 169.53 | |
| MEDICAL | 472.95 | 1,418.85 | |
| VISION | 10.39 | 31.17 | |
| **Total Pretax** | 539.85 | 1,619.55 | |
| *After Tax:* | | | |
| STD | 57.98 | 173.94 | |
| **Total After Tax** | 57.98 | 173.94 | |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
|     Federal Income Tax | 954.10 | 2,862.30 |
|     Social Security | 324.22 | 972.66 |
|     Medicare | 75.83 | 227.48 |
| **Total Employee Taxes** | 1,354.15 | 4,062.44 |
| **Total Current Net Pay** | 3,817.25 | 11,451.76 |

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

| Keith Atchison<br>3627 Amelia Island Lane<br>Davie FL 33328 | Check No.<br>Check Date<br>Pay Period<br>Employee No. | 103584<br>02/26/2016<br>02/08 to 02/21/16<br>404 |
|---|---|---|

### Pay Stub Summary

|  | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | **3,817.25** |
| Y-T-D | 23,076.92 | 2,159.40 | 20,917.52 | 5,416.59 | 231.92 | 15,269.01 |

### Net Pay Distribution

| Direct Deposit | | |
|---|---|---|
| Checking | 3,817.25 | |
| **Total Current Net Pay** | 3,817.25 | |

The net amount is 100% direct deposit.

### Earnings

|  | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 23,076.92 |
| **Total Earnings** |  | 5,769.23 | 23,076.92 |

### Deductions

|  | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 226.04 | |
| MEDICAL | 472.95 | 1,891.80 | |
| VISION | 10.39 | 41.56 | |
| **Total Pretax** | 539.85 | 2,159.40 | |
| *After Tax:* | | | |
| STD | 57.98 | 231.92 | |
| **Total After Tax** | 57.98 | 231.92 | |

### Taxes

|  | Current | Y-T-D |
|---|---|---|
| Federal | | |
|     Federal Income Tax | 954.10 | 3,816.40 |
|     Social Security | 324.23 | 1,296.89 |
|     Medicare | 75.82 | 303.30 |
| **Total Employee Taxes** | 1,354.15 | 5,416.59 |

| **Total Current Net Pay** | 3,817.25 | 15,269.01 |
|---|---|---|

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

| | |
|---|---|
| Keith Atchison<br>3627 Amelia Island Lane<br>Davie FL 33328 | Check No.  103976<br>Check Date  03/11/2016<br>Pay Period  02/22 to 03/06/16<br>Employee No.  404 |

### Pay Stub Summary

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | **3,817.25** |
| Y-T-D | 28,846.15 | 2,699.25 | 26,146.90 | 6,770.74 | 289.90 | 19,086.26 |

### Net Pay Distribution

| | |
|---|---|
| Direct Deposit | |
| Checking | 3,817.25 |
| **Total Current Net Pay** | 3,817.25 |

The net amount is 100% direct deposit.

### Earnings

| | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 28,846.15 |
| **Total Earnings** | | 5,769.23 | 28,846.15 |

### Deductions

| | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 282.55 | |
| MEDICAL | 472.95 | 2,364.75 | |
| VISION | 10.39 | 51.95 | |
| **Total Pretax** | 539.85 | 2,699.25 | |
| *After Tax:* | | | |
| STD | 57.98 | 289.90 | |
| **Total After Tax** | 57.98 | 289.90 | |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
|    Federal Income Tax | 954.10 | 4,770.50 |
|    Social Security | 324.22 | 1,621.11 |
|    Medicare | 75.83 | 379.13 |
| **Total Employee Taxes** | 1,354.15 | 6,770.74 |
| **Total Current Net Pay** | 3,817.25 | 19,086.26 |

## Earnings Statement

THERAPY EMPLOYEE ASSOCIATED MANAGEMENT LLC
100 SE 3RD AVENUE, SUITE 1800
FT LAUDERDALE, FL 33394
(754) 300-3120

| | |
|---|---|
| Keith Atchison<br>3627 Amelia Island Lane<br>Davie FL 33328 | Check No. 104372<br>Check Date 03/25/2016<br>Pay Period 03/07 to 03/20/16<br>Employee No. 404 |

### Pay Stub Summary

| | Gross Pay | Pre-Tax Deductions | Gross Less Pre-Tax | Less Taxes | Less Deductions | Net Pay |
|---|---|---|---|---|---|---|
| Current | 5,769.23 | 539.85 | 5,229.38 | 1,354.15 | 57.98 | **3,817.25** |
| Y-T-D | 34,615.38 | 3,239.10 | 31,376.28 | 8,124.89 | 347.88 | 22,903.51 |

### Net Pay Distribution

Direct Deposit
Checking                           3,817.25
**Total Current Net Pay**          3,817.25
The net amount is 100% direct deposit.

### Earnings

| | Hours | Current | Y-T-D |
|---|---|---|---|
| SALARY | 80.00 | 5,769.23 | 34,615.38 |
| **Total Earnings** | | 5,769.23 | 34,615.38 |

### Deductions

| | Current | Y-T-D | Limit |
|---|---|---|---|
| *Pretax:* | | | |
| DENTAL | 56.51 | 339.06 | |
| MEDICAL | 472.95 | 2,837.70 | |
| VISION | 10.39 | 62.34 | |
| **Total Pretax** | 539.85 | 3,239.10 | |
| *After Tax:* | | | |
| STD | 57.98 | 347.88 | |
| **Total After Tax** | 57.98 | 347.88 | |

### Taxes

| | Current | Y-T-D |
|---|---|---|
| Federal | | |
|     Federal Income Tax | 954.10 | 5,724.60 |
|     Social Security | 324.22 | 1,945.33 |
|     Medicare | 75.83 | 454.96 |
| **Total Employee Taxes** | 1,354.15 | 8,124.89 |
| **Total Current Net Pay** | 3,817.25 | 22,903.51 |

Case 16-15220-JKO    Doc 9    Filed 04/15/16    Page 9 of 9